# Attachment 1

## CERTIFICATION OF JONATHAN STUDEN PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Jonathan Studen, declare the following as to the claims asserted or to be asserted under the federal securities laws:

1. I have reviewed a draft of a class action complaint against Funko, Inc. ("Funko") and other defendants. I have authorized Wolf Popper LLP to file a complaint on my behalf.

2. I did not purchase or acquire Funko common stock at the direction of plaintiffs' counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Funko common stock during the class period, including providing testimony at deposition and trial, if necessary.

4. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of this action for the Class.

5. A list of my transactions in Funko common stock during the Class Period as specified in the Complaint is attached as Exhibit 1.

6. During the three year period preceding the date of signing of this certification, I have not sought to serve or been appointed as a lead plaintiff or representative party on behalf of an asserted class in any other actions under the federal securities laws.

7. I will not accept any payment for serving as a representative party on behalf of the Class beyond my *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of May, 2023

By: _____
Jonathan Studen

1

**Funko, Inc. (FNKO)**
**Class Period:** 5/6/22 - 3/1/23

### Jonathan Studen

| Trade Type | Date | Purchases Quantity | Purchases Price | Purchases Cost | Sales Quantity | Sales Price | Sales Proceeds |
|---|---|---|---|---|---|---|---|
| Sell | 5/27/2022 | | | | 1,000 | $20.42 | $20,420 |
| Sell | 5/31/2022 | | | | 1,000 | $20.54 | $20,540 |
| Sell | 6/2/2022 | | | | 1,000 | $20.87 | $20,870 |
| Sell | 6/3/2022 | | | | 1,000 | $20.99 | $20,990 |
| Buy | 6/13/2022 | 1,000 | $19.70 | $19,700 | | | |
| Buy | 6/15/2022 | 167 | $20.51 | $3,425 | | | |
| Buy | 6/15/2022 | 500 | $20.32 | $10,160 | | | |
| Buy | 6/15/2022 | 54 | $20.20 | $1,091 | | | |
| Buy | 6/16/2022 | 15 | $20.05 | $301 | | | |
| Buy | 6/16/2022 | 179 | $19.80 | $3,544 | | | |
| Buy | 6/16/2022 | 25 | $20.20 | $505 | | | |
| Buy | 6/16/2022 | 250 | $19.71 | $4,928 | | | |
| Buy | 6/16/2022 | 250 | $19.73 | $4,933 | | | |
| Buy | 6/16/2022 | 250 | $19.73 | $4,933 | | | |
| Buy | 6/16/2022 | 250 | $19.76 | $4,940 | | | |
| Buy | 6/16/2022 | 250 | $19.78 | $4,945 | | | |
| Buy | 6/16/2022 | 250 | $19.82 | $4,955 | | | |
| Buy | 6/16/2022 | 250 | $19.84 | $4,960 | | | |
| Buy | 6/16/2022 | 250 | $19.85 | $4,963 | | | |
| Buy | 6/16/2022 | 26 | $20.10 | $523 | | | |
| Buy | 6/16/2022 | 34 | $20.15 | $685 | | | |
| Sell | 7/5/2022 | | | | 1,000 | $23.25 | $23,250 |
| Sell | 7/5/2022 | | | | 1,000 | $23.65 | $23,650 |
| Sell | 7/5/2022 | | | | 1,000 | $24.15 | $24,150 |
| Sell | 7/5/2022 | | | | 33 | $23.46 | $774 |
| Sell | 7/5/2022 | | | | 967 | $23.45 | $22,676 |
| Buy | 7/12/2022 | 100 | $23.38 | $2,338 | | | |
| Buy | 7/12/2022 | 100 | $23.39 | $2,339 | | | |
| Buy | 7/12/2022 | 125 | $23.22 | $2,903 | | | |
| Buy | 7/12/2022 | 125 | $23.28 | $2,910 | | | |
| Buy | 7/12/2022 | 200 | $23.30 | $4,660 | | | |
| Buy | 7/12/2022 | 250 | $23.26 | $5,815 | | | |
| Buy | 7/12/2022 | 3 | $23.00 | $69 | | | |
| Buy | 7/12/2022 | 3 | $23.33 | $70 | | | |
| Buy | 7/13/2022 | 17 | $23.00 | $391 | | | |
| Buy | 7/13/2022 | 200 | $23.22 | $4,644 | | | |
| Buy | 7/13/2022 | 50 | $23.25 | $1,163 | | | |
| Buy | 7/13/2022 | 500 | $23.00 | $11,500 | | | |
| Buy | 7/13/2022 | 500 | $23.16 | $11,580 | | | |
| Buy | 7/13/2022 | 77 | $22.85 | $1,759 | | | |
| Buy | 7/14/2022 | 250 | $23.00 | $5,750 | | | |
| Buy | 7/14/2022 | 250 | $23.00 | $5,750 | | | |
| Buy | 7/14/2022 | 250 | $23.00 | $5,750 | | | |
| Buy | 7/14/2022 | 250 | $23.00 | $5,750 | | | |
| Buy | 7/14/2022 | 250 | $23.01 | $5,753 | | | |

| Type | Date | Shares Bought | Price | Cost | Shares Sold | Price | Proceeds |
|---|---|---|---|---|---|---|---|
| Buy | 7/14/2022 | 250 | $23.05 | $5,763 | | | |
| Buy | 7/14/2022 | 250 | $23.18 | $5,795 | | | |
| Buy | 7/20/2022 | 1,000 | $24.38 | $24,380 | | | |
| Buy | 7/20/2022 | 1,000 | $24.78 | $24,780 | | | |
| Sell | 7/20/2022 | | | | 1,000 | $24.54 | $24,540 |
| Sell | 7/20/2022 | | | | 1,000 | $24.72 | $24,720 |
| Buy | 7/28/2022 | 100 | $25.61 | $2,561 | | | |
| Buy | 7/28/2022 | 100 | $25.70 | $2,570 | | | |
| Sell | 7/28/2022 | | | | 200 | $25.77 | $5,154 |
| Buy | 7/29/2022 | 1,700 | $26.17 | $44,489 | | | |
| Buy | 7/29/2022 | 300 | $26.21 | $7,863 | | | |
| Sell | 7/29/2022 | | | | 1,000 | $26.33 | $26,330 |
| Sell | 7/29/2022 | | | | 1,000 | $26.35 | $26,350 |
| Buy | 8/1/2022 | 1,000 | $27.00 | $27,000 | | | |
| Buy | 8/1/2022 | 1,000 | $27.00 | $27,000 | | | |
| Buy | 8/1/2022 | 1,000 | $27.22 | $27,220 | | | |
| Sell | 8/1/2022 | | | | 1,000 | $27.17 | $27,170 |
| Sell | 8/1/2022 | | | | 1,000 | $27.32 | $27,320 |
| Sell | 8/1/2022 | | | | 1,000 | $27.48 | $27,480 |
| Sell | 8/12/2022 | | | | 1,000 | $20.78 | $20,780 |
| Sell | 8/15/2022 | | | | 1,000 | $21.40 | $21,402 |
| Sell | 8/15/2022 | | | | 300 | $21.22 | $6,366 |
| Sell | 8/15/2022 | | | | 300 | $21.22 | $6,366 |
| Sell | 8/15/2022 | | | | 400 | $21.22 | $8,488 |
| Sell | 8/16/2022 | | | | 1,000 | $21.80 | $21,800 |
| Buy | 9/1/2022 | 4,000 | $21.25 | $85,000 | | | |
| Sell | 9/8/2022 | | | | 1,000 | $21.00 | $21,000 |
| Sell | 9/8/2022 | | | | 1,000 | $21.56 | $21,560 |
| Sell | 9/8/2022 | | | | 1,000 | $21.98 | $21,980 |
| Sell | 9/8/2022 | | | | 24 | $22.20 | $533 |
| Sell | 9/8/2022 | | | | 976 | $22.17 | $21,638 |
| Buy | 9/22/2022 | 1,000 | $20.78 | $20,780 | | | |
| Buy | 9/22/2022 | 1,000 | $20.85 | $20,850 | | | |
| Buy | 9/22/2022 | 1,000 | $20.91 | $20,910 | | | |
| Buy | 9/22/2022 | 1,000 | $20.93 | $20,930 | | | |
| Buy | 9/30/2022 | 2,000 | $20.36 | $40,720 | | | |
| Sell | 9/30/2022 | | | | 1,000 | $20.32 | $20,320 |
| Sell | 9/30/2022 | | | | 329 | $20.47 | $6,735 |
| Sell | 9/30/2022 | | | | 671 | $20.46 | $13,729 |
| Buy | 10/4/2022 | 1,000 | $21.15 | $21,150 | | | |
| Buy | 10/4/2022 | 2,000 | $20.83 | $41,660 | | | |
| Sell | 10/4/2022 | | | | 1,000 | $20.46 | $20,460 |
| Sell | 10/4/2022 | | | | 1,000 | $21.20 | $21,200 |
| Sell | 10/4/2022 | | | | 1,000 | $21.34 | $21,340 |
| Buy | 10/7/2022 | 12 | $21.21 | $255 | | | |
| Buy | 10/7/2022 | 15 | $21.16 | $317 | | | |
| Buy | 10/7/2022 | 20 | $21.27 | $425 | | | |
| Buy | 10/7/2022 | 22 | $21.13 | $465 | | | |
| Buy | 10/7/2022 | 33 | $21.16 | $698 | | | |
| Buy | 10/7/2022 | 7 | $21.33 | $149 | | | |
| Sell | 10/7/2022 | | | | 1,000 | $21.18 | $21,180 |
| Sell | 10/7/2022 | | | | 1,000 | $21.19 | $21,190 |
| Sell | 10/7/2022 | | | | 200 | $21.35 | $4,270 |
| Sell | 10/7/2022 | | | | 300 | $21.36 | $6,407 |
| Sell | 10/7/2022 | | | | 500 | $21.35 | $10,675 |

| Type | Date | Quantity | Price | Amount | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| Buy | 10/10/2022 | 100 | $21.11 | $2,111 | | | |
| Buy | 10/10/2022 | 125 | $20.80 | $2,600 | | | |
| Buy | 10/10/2022 | 15 | $21.07 | $316 | | | |
| Buy | 10/10/2022 | 150 | $21.14 | $3,171 | | | |
| Buy | 10/10/2022 | 165 | $21.04 | $3,472 | | | |
| Buy | 10/10/2022 | 20 | $21.02 | $420 | | | |
| Buy | 10/10/2022 | 200 | $20.83 | $4,166 | | | |
| Buy | 10/10/2022 | 200 | $20.84 | $4,168 | | | |
| Buy | 10/10/2022 | 200 | $21.08 | $4,216 | | | |
| Buy | 10/10/2022 | 215 | $21.11 | $4,539 | | | |
| Buy | 10/10/2022 | 225 | $20.89 | $4,700 | | | |
| Buy | 10/10/2022 | 300 | $21.21 | $6,363 | | | |
| Buy | 10/10/2022 | 35 | $21.09 | $738 | | | |
| Buy | 10/10/2022 | 40 | $21.12 | $845 | | | |
| Buy | 10/10/2022 | 400 | $20.87 | $8,348 | | | |
| Buy | 10/10/2022 | 400 | $21.23 | $8,492 | | | |
| Buy | 10/10/2022 | 5 | $20.95 | $105 | | | |
| Buy | 10/10/2022 | 5 | $21.02 | $105 | | | |
| Buy | 10/10/2022 | 500 | $20.85 | $10,425 | | | |
| Buy | 10/10/2022 | 700 | $20.84 | $14,588 | | | |
| Sell | 10/10/2022 | | | | 100 | $21.48 | $2,148 |
| Sell | 10/10/2022 | | | | 25 | $21.51 | $538 |
| Sell | 10/10/2022 | | | | 984 | $21.49 | $21,147 |
| Sell | 10/13/2022 | | | | 1,000 | $21.74 | $21,740 |
| Sell | 10/13/2022 | | | | 1,000 | $21.94 | $21,940 |
| Buy | 10/14/2022 | 2,000 | $21.62 | $43,240 | | | |
| Buy | 10/19/2022 | 20 | $21.38 | $428 | | | |
| Buy | 10/19/2022 | 980 | $21.44 | $21,011 | | | |
| Sell | 10/19/2022 | | | | 1,000 | $21.78 | $21,780 |
| Buy | 10/20/2022 | 2,000 | $21.52 | $43,040 | | | |
| Sell | 10/20/2022 | | | | 1,000 | $21.56 | $21,560 |
| Sell | 10/20/2022 | | | | 1,000 | $21.62 | $21,620 |
| Sell | 10/25/2022 | | | | 1,000 | $22.25 | $22,250 |
| Sell | 10/25/2022 | | | | 1,000 | $22.40 | $22,400 |
| Sell | 10/25/2022 | | | | 24 | $22.40 | $538 |
| Buy | 10/26/2022 | 3,000 | $21.93 | $65,790 | | | |
| Sell | 10/26/2022 | | | | 976 | $22.44 | $21,901 |
| Buy | 10/31/2022 | 1,000 | $20.41 | $20,410 | | | |
| Sell | 10/31/2022 | | | | 1,000 | $20.64 | $20,640 |
| Buy | 11/2/2022 | 1,000 | $20.01 | $20,010 | | | |
| Sell | 11/2/2022 | | | | 1,000 | $20.47 | $20,470 |
| Buy | 11/3/2022 | 1,000 | $19.22 | $19,220 | | | |
| Sell | 11/7/2022 | | | | 1,000 | $9.43 | $9,430 |
| Sell | 11/7/2022 | | | | 1,000 | $9.75 | $9,751 |
| Sell | 11/7/2022 | | | | 2,000 | $9.09 | $18,180 |
| Sell | 11/8/2022 | | | | 1,000 | $10.62 | $10,615 |