The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

JONATHAN STUDEN, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

FUNKO, INC., ANDREW PERLMUTTER, and JENNIFER FALL JUNG

Defendants.

NO. 2:23-cv-00824-JLR

**REQUEST FOR JUDICIAL NOTICE AND NOTICE OF INCORPORATION BY REFERENCE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

REQUEST FOR JUDICIAL NOTICE AND NOTICE OF INCORPORATION BY REFERENCE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT
(2:23-cv-00824-JLR)

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

Pursuant to the incorporation by reference doctrine and Federal Rule of Evidence 201, Defendants Funko, Inc. ("Funko" or the "Company"), Andrew Perlmutter, and Jennifer Fall Jung respectfully request that the Court consider the documents identified in this Request, which are attached to the Declaration of Kevin M. McDonough (the "McDonough Declaration"), in connection with Defendants' Motion to Dismiss the First Amended Complaint (the "Motion"). These documents are referenced or quoted in Plaintiff's First Amended Complaint, Dkt. 38 (the "FAC" or "Complaint"), or are otherwise judicially noticeable.

I.      ARGUMENT

In ruling on a motion to dismiss a complaint brought under the federal securities laws, "courts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motion to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rts., Ltd.*, 551 U.S. 308, 322 (2007); *see also Frase v. U.S. Bank, N.A.*, 2012 WL 1658400, at *4 (W.D. Wash. 2012) (Robart, J.) ("[T]he court may take judicial notice of matters of public record and may consider them without converting a Rule 12 motion into one for summary judgment."). The incorporation by reference doctrine allows the Court to "take into account 'documents whose contents are alleged in [the] complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading.'" *Davis v. HSBC Bank Nevada, N.A.*, 691 F.3d 1152, 1160 (9th Cir. 2012) (second alteration in original). Under Federal Rule of Evidence 201, the Court may also take judicial notice of any fact that is "not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201(b); *see also Frase*, 2012 WL 1658400, at *4.

REQUEST FOR JUDICIAL NOTICE AND NOTICE OF INCORPORATION BY REFERENCE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT
(No. 2:23-cv-00824-JLR) - 1

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

As explained below, each of the exhibits attached to the concurrently filed McDonough Declaration and submitted in support of the Motion are incorporated by reference into the Complaint or are subject to judicial notice.

### A.    Exhibits 2 – 9, 11 – 14, and 16 – 18 Are Incorporated by Reference Into the Complaint

Plaintiffs allege that Defendants made materially false or misleading statements in a series of documents publicly filed with the Securities and Exchange Commission ("SEC") between March 3, 2022, and November 3, 2022, including Funko's 10-K, 8-K, and 10-Q filings; various earnings calls over that same period; and during an Investor Day conference on September 13, 2022.

Because Plaintiffs' claims are premised upon these materials, which they allege contain false or misleading statements, Exhibits 2 – 9, 11 – 14, and 16 – 18 may be treated as "part of the complaint" itself and considered in full in assessing the Motion.  *See Dresner v. Silverback Therapeutics, Inc.*, 2022 WL 16716165, at *4 (W.D. Wash. Nov. 4, 2022) ("A defendant may seek to incorporate a document into the complaint if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim.") (citation omitted); *Johnson v. Costco Wholesale Corp.*, 2019 WL 6327580, at *13 (W.D. Wash. Nov. 26, 2019) ("The Court may consider public filings, including SEC filings, and other matters of public record such as press releases, analyst reports, news articles, and conference call transcripts, where such documents are relied on in the complaint."); *see also In re Stac Elecs. Sec. Litig.*, 89 F.3d 1399, 1405 n.4 (9th Cir. 1996) (full text of documents cited in complaint alleging securities violations "may be considered in ruling on a Rule 12(b)(6) motion to dismiss").

REQUEST FOR JUDICIAL NOTICE AND NOTICE OF INCORPORATION BY REFERENCE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT
(No. 2:23-cv-00824-JLR) - 2

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

| Ex. | Document | AC Citation(s) |
|-----|----------|----------------|
| 2 | 4Q 2021 Earnings Call Tr. | ¶¶ 61, 63, 116-18, 154(a) |
| 3 | 4Q 2021 Form 8-K | ¶ 115 |
| 4 | 1Q 2022 Earnings Call Tr. | ¶¶ 62, 80, 124-26, 154(b) |
| 5 | 2Q 2022 Form 8-K | ¶¶ 86, 132 |
| 6 | 2Q 2022 Earnings Call Tr. | ¶¶ 88-89, 133-37, 154(c)-(d), 163 |
| 7 | Analyst/Investor Day Tr. (Sep. 13, 2022) | ¶¶ 15, 94, 139-41, 153(b), 153(c) |
| 8 | 3Q 2022 Form 8-K/A | ¶¶ 97, 166 |
| 9 | 3Q 2022 Earnings Call Tr. | ¶¶ 99-101, 144-45, 148, 154(e)-(f), 169 |
| 11 | 4Q 2022 Form 8-K | ¶¶ 105-06 |
| 12 | 4Q 2022 Earnings Call Tr. | ¶¶ 107-09 |
| 13 | 2021 Form 10-K | ¶¶ 40, 114 |
| 14 | 1Q 2022 Form 8-K | ¶¶ 79, 120-21 |
| 16 | 1Q 2022 Form 10-Q | ¶¶ 122-23 |
| 17 | 2Q 2022 Form 10 Q | ¶¶ 87, 128-31 |
| 18 | 3Q 2022 Form 10-Q | ¶¶ 98, 143 |

**B.    Exhibits 10 and 15 Are Judicially Noticeable Under Fed. R. Evid. 201**

Funko's public filings with the SEC are also subject to judicial notice, regardless of whether Plaintiffs chose to cite them in the Complaint, as the Ninth Circuit has consistently held. *See Metzler Inv. GMBH v. Corinthian Colleges*, *Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008) (stating it was "proper" to take judicial notice of SEC filings on motion to dismiss); *Dreiling v. Am. Express Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006) (noting court "may consider . . . any matter subject to judicial notice, such as SEC filings" on motion to dismiss). Specifically, the Court may take judicial notice of Ex. 10, which is Funko's Form 8-K filed with the SEC on

REQUEST FOR JUDICIAL NOTICE AND NOTICE OF
INCORPORATION BY REFERENCE IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS THE FIRST
AMENDED COMPLAINT
(No. 2:23-cv-00824-JLR) - 3

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

December 5, 2022, and the facts contained therein regarding the departures of Andrew Perlmutter and Jennifer Fall Jung, along with other directors or officers.  *See Port of Seattle v. Boeing Co.*, 2022 WL 17176858, at *1 (W.D. Wash. Nov. 23, 2022) (taking judicial notice of a document that was in the "public record" where "the contents of the document [were] not subject to reasonable dispute"); *see also Dresner*, 2022 WL 16716165, at *4 (taking judicial notice of an SEC filing).

Although not filed with the SEC, the Court may also take judicial notice of Ex. 15, which is a PowerPoint slide deck that Defendants displayed and referred to during a September 13, 2022 "Analyst/Investor Day" conference at which Plaintiffs allege materially false or misleading statements were made.  ¶¶ 139-42.  *See* Ex. 15, Analyst/Investor Day Slide Deck.  This document, which is publicly available on Funko's website,[1] contains meaningful cautionary language related to the oral statements made at the Analyst/Investor Day presentation—a practice explicitly permitted by the PSLRA.  15 U.S.C. § 78u–5(c)(2)(B)(i)-(ii).  Indeed, Courts in this Circuit routinely take judicial notice of such documents and any disclosures contained therein.  *Waterford Twp. Police v. Mattel, Inc.*, 321 F. Supp. 3d 1133, 1143 (C.D. Cal. 2018), *aff'd sub nom. Castro v. Mattel, Inc.*, 794 F. App'x 669 (9th Cir. 2020) (taking judicial notice of a document that was "publicly available to reasonable investors at the time the defendant made the allegedly false statements"); *see also Kipling v. Flex Ltd.*, 2020 WL 7261314, at *7 (N.D. Cal. Dec. 10, 2020), *aff'd sub nom. Nat'l Elevator Indus. Pension Fund v. Flex Ltd.*, 2021 WL 6101391 (9th Cir. Dec. 21, 2021) (granting judicial notice to "earnings calls, investor and analyst conferences, and *related presentations*" for the purpose of "determining what representations [defendants] made to the market") (emphasis added) (citation omitted).

---

[1]  *See*  https://s24.q4cdn.com/627994544/files/doc_presentations/2022/09/Investor-Day-FINAL-Presentation.pdf, available in the "Archived Presentations" category under the "News & Events" tab on Funko's Website: https://investor.funko.com/news-and-events/presentations/default.aspx.

REQUEST FOR JUDICIAL NOTICE AND NOTICE OF INCORPORATION BY REFERENCE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT (No. 2:23-cv-00824-JLR) - 4

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

## II.    CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court take judicial notice of Exhibits 2 – 18 attached to the Declaration of Kevin M. McDonough in support of the Defendants' Motion to Dismiss the First Amended Complaint.

REQUEST FOR JUDICIAL NOTICE AND NOTICE OF
INCORPORATION BY REFERENCE IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS THE FIRST
AMENDED COMPLAINT
(No. 2:23-cv-00824-JLR) - 5

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

Respectfully submitted this 15th day of December, 2023.

**DLA PIPER LLP (US)**                                    **LATHAM & WATKINS LLP**

By: *s/ David I. Freeburg*                              By: *s/ Kevin M. McDonough*
David I. Freeburg, WSBA #48935                          Kevin M. McDonough (*pro hac vice*)
david.freeburg@us.dlapiper.com                          kevin.mcdonough@lw.com
701 Fifth Avenue, Suite 6900                            Thomas J. Giblin (*pro hac vice*)
Seattle, Washington 98104-7044                          thomas.giblin@lw.com
Telephone: (206) 839-4800                               Alexis Kellert Godfrey (*pro hac vice*)
Facsimile: (206) 839-4801                               alexis.godfrey@lw.com
                                                        1271 Avenue of the Americas
*Attorneys for Defendants Funko, Inc.,*                 New York, NY 10020
*Andrew Perlmutter, and Jennifer Fall*                  Telephone: (212) 906-1200
*Jung*                                                  Facsimile: (212) 751-4864

                                                        *Attorneys for Funko, Inc., Andrew*
                                                        *Perlmutter, and Jennifer Fall Jung*

*\*Pursuant to LCR 7(e)(6), I certify that this memorandum contains 1,230 words, in compliance with the Local Civil Rules.*

REQUEST FOR JUDICIAL NOTICE AND NOTICE OF
INCORPORATION BY REFERENCE IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS THE FIRST
AMENDED COMPLAINT
(No. 2:23-cv-00824-JLR) - 6

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated this 15 day of December, 2023.

*s/Jacey Bittle*
Legal Practice Specialist

REQUEST FOR JUDICIAL NOTICE AND NOTICE OF
INCORPORATION BY REFERENCE IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS THE FIRST
AMENDED COMPLAINT
(No. 2:23-cv-00824-JLR) - 7

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800