The Honorable James L. Robart

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| JONATHAN STUDEN, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>   v.<br><br>FUNKO, INC., ANDREW PERLMUTTER, and JENNIFER FALL JUNG<br><br>               Defendants. | NO. 2:23-cv-00824-JLR<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE AND NOTICE OF INCORPORATION BY REFERENCE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |

[PROPOSED] ORDER GRANTING REQUEST FOR
JUDICIAL NOTICE AND NOTICE OF
INCORPORATION BY REFERENCE
(No. 2:23-cv-00824-JLR)

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

Defendants Funko, Inc. ("Funko"), Andrew Perlmutter, and Jennifer Fall Jung filed a Request for Judicial Notice and Notice of Incorporation by Reference in support of their Motion to Dismiss the First Amended Complaint in the above-captioned action.  After full consideration of the papers submitted and arguments of counsel, if any, as well as all other matters presented to the Court,

IT IS HEREBY ORDERED as follows:

In ruling on Defendants' Motion to Dismiss the First Amended Complaint, the Court shall consider Exhibits 2 – 18 to the Declaration of Kevin M. McDonough in support of Defendants' Motion to be incorporated into the Complaint by reference or as otherwise judicially noticeable pursuant to Fed. R. Evid. 201, and the Court shall take judicial notice of the aforementioned documents.

Dated this _____ day of _____ 202_

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

**DLA PIPER LLP (US)**

By: *s/ David I. Freeburg*
David I. Freeburg, WSBA #48935
david.freeburg@us.dlapiper.com
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7044
Telephone: (206) 839-4800
Facsimile: (206) 839-4801

*Attorneys for Defendants Funko, Inc., Andrew Perlmutter, and Jennifer Fall Jung*

**LATHAM & WATKINS LLP**

By: *s/ Kevin M. McDonough*
Kevin M. McDonough (*pro hac vice*)
kevin.mcdonough@lw.com
Thomas J. Giblin (*pro hac vice)*
thomas.giblin@lw.com
Alexis Kellert Godfrey (*pro hac vice*)
alexis.godfrey@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Attorneys for Funko, Inc., Andrew Perlmutter, and Jennifer Fall Jung*

[PROPOSED] ORDER GRANTING REQUEST FOR
JUDICIAL NOTICE AND NOTICE OF
INCORPORATION BY REFERENCE
(No. 2:23-cv-00824-JLR) - 1

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800