The Honorable James L. Robart

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| JONATHAN STUDEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FUNKO, INC., ANDREW PERLMUTTER, and JENNIFER FALL JUNG<br><br>Defendants. | NO. 2:23-cv-00824-JLR<br><br>**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY PURSUANT TO LCR 7(n)** |

Defendants Funko, Inc., Andrew Perlmutter, and Jennifer Fall Jung filed their Motion to Dismiss the First Amended Complaint on December 15, 2023 (Dkt. 39), and their Reply in Support of Motion to Dismiss the First Amended Complaint on March 22, 2024 (Dkt. 50). Since that time, the United States Court of Appeals for the Ninth Circuit has issued binding authority related to the issues raised in Defendants' Motion to Dismiss. Accordingly, and pursuant to Local Rule 7(n), Defendants respectfully submit the attached supplemental authority, *Espy v. J2 Global, Inc.*, --- F.4th ----, 2024 WL 1689091 (9th Cir. Apr. 19, 2024), which is attached hereto as **Exhibit A**.

DEFENDANTS' NOTICE OF SUPPLEMENTAL
AUTHORITY PURSUANT TO LCR 7(n) - 1
(2:23-cv-00824-JLR)

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

DATED this  26th day of April, 2024.

**DLA PIPER LLP (US)**

By: *s/ David I. Freeburg*
David I. Freeburg, WSBA #48935
Lianna Bash, WSBA #52598
david.freeburg@us.dlapiper.com
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7044
Telephone: (206) 839-4800
Facsimile: (206) 839-4801

*Attorneys for Defendants Funko, Inc.,*
*Andrew Perlmutter, and*
*Jennifer Fall Jung*

**LATHAM & WATKINS LLP**

By: *s/  Kevin M. McDonough*
Kevin M. McDonough (*pro hac vice*)
kevin.mcdonough@lw.com
Thomas J. Giblin (*pro hac vice)*
thomas.giblin@lw.com
Elizabeth A. Parvis (*pro hac vice*)
elizabeth.parvis@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Attorneys for Defendants Funko, Inc.,*
*Andrew Perlmutter, and*
*Jennifer Fall Jung*

DEFENDANTS' NOTICE OF SUPPLEMENTAL
AUTHORITY PURSUANT TO LCR 7(n) - 2
(2:23-cv-00824-JLR)

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated this 26th day of March, 2024.

*s/ Paige Plassmeyer*
Paige Plassmeyer, Legal Practice Specialist

DEFENDANTS' NOTICE OF SUPPLEMENTAL
AUTHORITY PURSUANT TO LCR 7(n) - 3
(No. 2:23-cv-00824-JLR)

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800