UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN STUDEN,<br><br>                Plaintiff,<br>     v.<br><br>FUNKO, INC., et al.,<br><br>                Defendants. | CASE NO. C23-0824JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is the parties' joint statement and stipulation to set certain case deadlines, in which they (1) set forth an agreed schedule for filing an amended complaint and motion to dismiss, and (2) advise that no party objects to amending the case caption as set forth in the court's May 16, 2024 order. (Stip. (Dkt. # 54); *see also* 5/16/24 Order (Dkt. # 53) at 11 n.4 (proposing the case caption be amended to reflect that Jonathan

//

MINUTE ORDER - 1

Studen is no longer a named plaintiff in this action).)  The court hereby adopts the parties' proposed schedule and ORDERS as follows:

    1.  Plaintiffs shall file the amended complaint by no later than July 1, 2024. Defendants shall file any motion to dismiss the amended complaint by no later than August 15, 2024, and note the motion for the court's consideration on October 30, 2024. Plaintiffs shall file their opposition to Defendants' motion to dismiss by no later than September 30, 2024.  Defendants shall file their reply brief in support of the motion to dismiss by no later than October 30, 2024.

    2.  The Clerk is DIRECTED to terminate former named plaintiff Jonathan Studen and to designate Construction Laborers Pension Trust of Greater St. Louis and Paul Haddock as plaintiffs rather than movants on the docket.  The court hereby amends the case caption to read as follows: *Construction Laborers Pension Trust of Greater St. Louis, et al. v. Funko, Inc., et al.*

    Filed and entered this 22nd day of May, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk