THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS and PAUL HADDOCK, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>FUNKO, INC., et al.,<br><br>                    Defendants. | No. 2:23-cv-00824-JLR<br><br>CLASS ACTION<br><br>NOTICE RE ORDER GRANTING MOTION TO DISMISS |

NOTICE RE ORDER GRANTING
MOTION TO DISMISS
(2:23-cv-00824-JLR)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1      Lead Plaintiff Construction Laborers Pension Trust of Greater St. Louis and named plaintiff Paul Haddock (together, "Plaintiffs") hereby notify the Court and Defendants Funko, Inc., Andrew Perlmutter, and Jennifer Fall Jung of their decision not to amend the First Amended Complaint for Violations of the Federal Securities Laws (the "Complaint") that was the subject of the Court's May 16, 2024 Order.  ECF No. 53.  Respectfully, Plaintiffs intend to pursue their appellate rights after the Court enters judgment. *See, e.g.*, *WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (en banc) ("[A] plaintiff, who has been given leave to amend, may not file a notice of appeal simply because he does not choose to file an amended complaint. A further district court determination must be obtained.").

DATED: July 1, 2024

Respectfully submitted,

KELLER ROHRBACK L.L.P.

*s/ Gretchen Freeman Cappio*
Gretchen Freeman Cappio (WSBA #29576)
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone:  206/623-1900
206/623-3384 (fax)
gcappio@kellerrohrback.com

*Liaison Counsel*

ROBBINS GELLER RUDMAN
   & DOWD LLP
Hillary B. Stakem (*Pro Hac Vice*)
Ting H. Liu (*Pro Hac Vice*)
Jessica E. Robertson (*Pro Hac Vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
hstakem@rgrdlaw.com
tliu@rgrdlaw.com
jrobertson@rgrdlaw.com

*Lead Counsel*

NOTICE RE ORDER GRANTING
MOTION TO DISMISS
(2:23-cv-00824-JLR)

- 1 -

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| 1 | |
| 2 | GLANCY PRONGAY & MURRAY LLP |
|   | Charles H. Linehan (*Pro Hac Vice forthcoming*) |
| 3 | 1925 Century Park East, Suite 2100 |
|   | Los Angeles, California 90067 |
| 4 | Telephone: 310/201-9150 |
|   | 310/201-9160 (fax) |
| 5 | clinehan@glancylaw.com |
| 6 | |
|   | LAW OFFICES OF HOWARD G. SMITH |
| 7 | Howard G. Smith (*Pro Hac Vice forthcoming*) |
|   | 3070 Bristol Pike, Suite 112 |
| 8 | Bensalem, Pennsylvania 19020 |
|   | Telephone: 215/638-4847 |
| 9 | 215/638-4867 (fax) |
|   | hsmith@howardsmithlaw.com |
| 10 | |
| 11 | *Additional Counsel for Paul Haddock* |

NOTICE RE ORDER GRANTING
MOTION TO DISMISS
(2:23-cv-00824-JLR)

- 2 -

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384