1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

| | |
|---|---|
| CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS, et al., | CASE NO. C23-0824JLR<br><br>ORDER |
| Plaintiffs, | |
| v. | |
| FUNKO, INC., et al., | |
| Defendants. | |

16

17

18

19

20

21

22

On May 16, 2024, the court granted Defendants Funko, Inc., Andrew Perlmutter, and Jennifer Fall Jung's motion to dismiss the amended complaint.  (5/16/24 Order (Dkt. # 53); *see also* MTD (Dkt. # 39); Am. Compl. (Dkt. # 38).)  The court dismissed the amended complaint without prejudice and with leave to amend.  (5/16/24 Order at 48-49.)  On July 1, 2024, lead plaintiff Construction Laborers Pension Trust of Greater St. Louis and named plaintiff Paul Haddock (together, "Plaintiffs") filed a notice "of their decision not to amend the First Amended Complaint," and their "inten[t] to pursue their

1    appellate rights after the Court enters judgment."  (Notice (Dkt. # 56) at 2 (citing *WMX*

2    *Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (en banc) ("[A] plaintiff, who

3    has been given leave to amend, may not file a notice of appeal simply because he does

4    not choose to file an amended complaint.  A further district court determination must be

5    obtained.")).)

6         In light of Plaintiffs' July 1, 2024 notice, the court DISMISSES the amended

7    complaint with prejudice and without leave to amend.  (*See generally* Notice; Am.

8    Compl.); *see WMX Techs.*, 104 F.3d at 1136.

9         Dated this 8th day of July, 2024.

10

11        JAMES L. ROBART
          United States District Judge

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2