# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FUNKO, INC., et al.,<br><br>Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C23-0824JLR |

____  **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The amended complaint is DISMISSED with prejudice and without leave to amend.  (*See* 5/16/24 Order (Dkt. # 53) at 48-49 (dismissing the amended complaint without prejudice and with leave to amend); Notice (Dkt. # 56) at 2 (lead plaintiff Construction Laborers Pension Trust of Greater St. Louis and named plaintiff Paul Haddock providing notice of their intent not to amend the complaint and to instead pursue their appeal rights); 7/8/24 Order (Dkt. # 57) at 2 (final order dismissing the

amended complaint with prejudice and without leave to amend); *see also* Am. Compl. (Dkt. # 38).)

Filed this 8th day of July, 2024.

                                                                            RAVI SUBRAMANIAN
Clerk of Court

                                                                            s/ Ashleigh Drecktrah
Deputy Clerk