UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 20 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CONSTRUCTION LABORERS PENSION
TRUST OF GREATER ST. LOUIS, Lead
Plaintiff and PAUL HADDOCK,

Plaintiffs - Appellants,

JONATHAN STUDEN,

Plaintiff,

v.

FUNKO INC; et al.,

Defendants - Appellees.

No. 24-4909

D.C. No.
2:23-cv-00824-JLR
Western District of Washington,
Seattle

ORDER

Before: BERZON, FRIEDLAND, and MENDOZA, Circuit Judges.

Appellants are directed to file a response to Appellees' Petition for Panel

Rehearing and Petition for Rehearing En Banc (Dkt. No. 54) within 21 days of the

date of this order.  The response shall comply with Ninth Circuit Rule 40-1(b).